1
2
3
4
5
6

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNY ROBINSON, CAROLYN HAWKINS ROBINSON, C.R., | No.  2:16-cv-02111 KJM GGH |
| Plaintiffs, | |
| v. | ORDER TO SHOW CAUSE |
| STOCKTON UNIFIED SCHOOL DISTRICT, ANDERSON, JULIE PAGNINI, SHANNA LANEY, CARMEN QUIROZ, MARYANN SANTELLA, ELENA CEBREROS, LAURIE TENAZA, JEFF KELLER, SERGIO BETANCOURT, MARK HAGEMANN, DEE ALIMBINI, JULIE PENN, DARREN SANDOVAL, ALLEN EMMETT, HANK KLOPSTODS, SUSAN LACKMON, JOE MORONES, JACKSON, HALEY, JOE, THERESA CATALANO, | |
| Defendants. | |

This action was referred to the undersigned pursuant to Local Rule 302(c)(21).  Pursuant to Federal Rule of Civil Procedure 4(m), the court may dismiss an action where service of summons is not made within 90 days after the filing of the complaint.  In the order requiring timely service filed September 2, 2016, ECF No.3, plaintiff was cautioned that this action may be dismissed if service was not timely completed.  This action was filed September 2, 2016 and plaintiffs have not yet served defendants with summons.

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  Plaintiff shall show cause, in writing, within fourteen days from the date of this order,

3 why this action should not be dismissed for failure to comply with Federal Rule of Civil

4 Procedure 4(m).  Failure to timely file the required writing will result in a recommendation that

5 the case be dismissed.

6 Dated:  December 9, 2016

7
/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

Robin.2111.OSC.nosvc

2