UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNY ROBINSON, CAROLYN HAWKINS ROBINSON, C.R.,, <br><br>Plaintiffs, <br><br>v. <br><br>STOCKTON UNIFIED SCHOOL DISTRICT, ANDERSON, JULIE PAGNINI, SHANNA LANEY, CARMEN QUIROZ, MARY ANN SANTELLA, ELENA CEBREROS, LARUIE TENAZA, JEFF KELLER, SERGIO BETANCOURT, MARK HAGEMANN, DEE ALIMBINI, JULIE PENN, DARREN SANDOVAL, ALLEN EMMETT, HANK KLOPSTODS, SUSAN LACKMON, JOE MORONES, JACKSON, HALEY, JOE, THERESA CATALANO, <br><br>Defendants. | No.  2:16-cv-2111 KJM GGH PS <br><br><br><br>ORDER |

On December 12, 2016, this court issued an Order to Show Cause why this action should not be dismissed for failure to serve the defendants in accordance with Federal Rule of Civil Procedure 4(m).  ECF No. 4.  The court has reviewed the response to that Order filed timely on December 12, 2016, ECF No. 6, and will order that the Order to Show Cause shall be discharged in its entirety for good cause shown.

Plaintiffs shall have forty-five (45) days to serve all of the named defendants identified in

1

the caption to the complaint.  Any defendants not served during that period will be dismissed from the action by the court pursuant to Federal Rule of Civil Procedure 4(m).

**IT IS THEREFORE ORDERED** that:

1. The Order to Show Cause, ECF No. 4, is hereby DISCHARGED in its entirety;

2. Plaintiffs shall have forty-five days from the date of this Order to serve each named defendant with service of process.  Failure to complete said service within the forty-five day period shall result in dismissal of the action against any unserved defendant(s).

Dated: January 12, 2017

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE