UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNY ROBINSON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>STOCKTON UNIFIED SCHOOL DISTRICT, et al.,<br><br>Defendants. | No. 2:16-cv-2111 KJM GGH<br><br><br><br>ORDER |

Plaintiff has requested a continuance of the motions pending on the court's April 6, 2017 and April 20, 2017 calendars, [1] to permit time for plaintiffs to substitute an attorney to represent them. ECF No. 19. Defendant Stockton Unified School District has opposed the plaintiff's motion.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiffs' request for an extension of time is granted; and

2. Plaintiffs shall file a substitution of counsel within twenty (20) days from the date of this order;

////

---

[1] Defendant Stockton Unified School District has moved for Quash or Dismissal, ECF No. 10, and defendant Darren Sandoval has moved for dismissal or, in the alternative for a More Definite Statement, ECF No. 17.

1

3. Defendants' motions on calendar for April 6 and April 20, 2017, are vacated. The motions will be recalendared for hearing expeditiously upon filing of the substitution of counsel on behalf of plaintiffs, or in the event no substitution is filed.

**IT IS SO ORDERED.**

Dated: March 31, 2017

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE