UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNY ROBINSON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>STOCKTON UNIFIED SCHOOL DISTRICT, et al.,<br><br>Defendants. | No. 2:16-cv-2111 KJM GGH<br><br><br>ORDER |

On March 31, 2017 this court issued an Oder granting plaintiffs, who initiated this case representing themselves in pro per, 20 days to substitute counsel. ECF No. 21. At the time there was a Motion to Dismiss or, in the Alternative, for a More Definite Statement scheduled on the court's calendar for hearing on April 6, 2017. That Motion was taken off calendar to be rescheduled upon plaintiffs' action either to secure counsel or elect to proceed without representation. Id.

On April 21, 2017, plaintiffs notified the court that they were unable to secure counsel and would continue with their pro per prosecution of the case. ECF Nos. 22, 23. As a result, the Motion is now rescheduled for hearing on June 1, 2017, at 9:00 a.m. in Courtroom 9 before the undersigned. Plaintiffs should be apprised that they must file their Opposition to the Motion, if any, on or before May, 18, 2017 pursuant to Eastern District of California Local Rule 230(c):

1

"Opposition, if any, to the granting of [a] Motion shall be filed and served not less than fourteen (14) days preceding the noticed (or continued) hearing date."

**IT IS SO ORDERED.**

Dated: April 24, 2017

/s/ Gregory G. Hollows<br>UNITED STATES MAGISTRATE JUDGE