UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNY ROBINSON, et al.,<br><br>Plaintiffs<br><br>v.<br><br>STOCKTON UNIFIED SCHOOL DISTRICT, et al.,<br><br>Defendants | No. 2:16-cv-02111 KJM GGH (PS)<br><br>ORDER |

Pending on the court's docket in this suit brought by minor plaintiff, C.R., and her parents under 42 U.S.C. section 1983. Defendants have filed a series of Motions to Quash, ECF No. 10, and to Dismiss or for a More Definite Statement. ECF No. 17. Plaintiffs have responded to the various pleadings by defendants, ECF Nos. 22, 23, and the matter is now under submission.

Due to the complexity of both the procedural and the substantive issues in this case, including the fact that there is an unrepresented minor plaintiff, the court will attempt to find counsel for plaintiffs through its pro bono program. The court recognizes that the case cannot be placed on hold for a lengthy period of time as it is been on the docket for some time already and an adequate complaint has not yet been filed. If counsel cannot be procured within a reasonable

1

time, the court will rule on the motions now before it.

IT IS SO ORDERED.

Dated: June 13, 2017

/s/ Gregory G. Hollows<br>UNITED STATES MAGISTRATE JUDGE