| | |
|---|---|
| RONNY ROBINSON, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>STOCKTON UNIFIED SCHOOL DISTRICT, et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-02111 KJM GGH (PS)<br><br>ORDER APPOINTING COUNSEL |

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

On June 13, 2017, the court found that the appointment of counsel for plaintiffs is warranted. ECF No. 32. Kellan S. Patterson has been selected from the court's pro bono attorney panel to represent plaintiffs and has agreed to be appointed for the limited purpose of representing plaintiffs through the dispositive motion phase of the above entitled case.

Accordingly, IT IS HEREBY ORDERED that:

1. Kellan S. Patterson is appointed as counsel in the above entitled matter for the limited purpose of representing plaintiffs through the dispositive motion phase of the above entitled case.

2. Kellan S. Patterson's appointment will terminate when the order ruling on any dispositive motions has been filed, or upon the expiration of time to file any dispositive motions, if none have been filed. Prior to the termination of the appointment, the court will accord counsel

1

the option of proceeding as plaintiffs' appointed counsel through trial.  If counsel does not wish to continue representation of plaintiffs after he has carried out his limited purpose appointment, the court will consider appointing new counsel for plaintiffs, if deemed appropriate at that time.

     3.     Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

     4.     The Clerk of the Court is directed to serve a copy of this order on Kellan S. Patterson, Law Office of Kellan Patterson, P. O. Box 5042, Sacramento, CA 95817.

**IT IS SO ORDERED.**

Dated: August 24, 2017

                               /s/ Gregory G. Hollows
                         UNITED STATES MAGISTRATE JUDGE