UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONY ROBINSON, et al.,<br><br>Plaintiffs,<br><br>STOCKTON UNIFIED SCHOOL DISTRICT, et al.,<br><br>Defendants. | No. 2:16-cv-02111 KJM GGH<br><br>ORDER |

On June 13 2017, the magistrate judge to whom this matter is assigned requested appointment of plaintiffs' counsel from the court's pro bono panel in light of the fact that one of the plaintiffs is a minor. At the time of this action there was a Motion to Dismiss pending, for which the magistrate judge had vacated hearing and taken under submission.

On August 24, 2017 the magistrate judge entered an order appointing Kellan Steven Patterson as counsel for the plaintiffs to serve through the resolution of dispositive motions in this case.

In light of the fact that the magistrate judge has the Motion to Dismiss before him, and newly appointed counsel will need time to prepare an opposition, this court approves the magistrate judge's retention of the motion and other predispositive proceedings, to the maximum

1

extent allowed by federal statute and the local rules, although the matter is now in a posture that would normally cause a transfer of the pending motion to this court.

Plaintiffs' newly appointed counsel shall notify the magistrate judge within seven (7) days of the amount of time he will need to become sufficiently familiar with the case to address the Motion to Dismiss.

IT IS THEREFORE ORDERED THAT:

1. This matter remains assigned to Magistrate Judge Gregory G. Hollows for all predispositive purposes to the maximum extent allowed by federal statute and the local rules;

2. Plaintiffs' appointed counsel shall notify the magistrate judge, in writing within seven (7) days, of how much time he will need to prepare for opposition to the pending Motion to Dismiss at which time a new hearing may be scheduled.

**IT IS SO ORDERED**.

DATED: August 29, 2017.

_____
UNITED STATES DISTRICT JUDGE

2