UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNY ROBINSON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>STOCKTON UNIFIED SCHOOL DISTRICT, et al.,<br><br>Defendants. | No. 2:16-cv-02111 KJM GGH<br><br>ORDER |

On August 30, 2017 the District Court issued an Order assigning this matter to the undersigned for all predispositive purposes and directing the plaintiffs' newly appointed counsel to notify this court of how much time would be needed for an opposition to the pending Motion to Dismiss to be filed. ECF No. 34.

Plaintiffs' counsel has notified this court that he can have an Opposition on file no later than October 27, 2017. Given the complexity of the case and counsel's need to become fully apprised of all the attendant facts and circumstances, this does not appear to the court to request an inordinate amount of time.

In light of the foregoing, IT IS HEREBY ORDERED THAT:

1. Plaintiffs shall file an Opposition to the defendants' pending Motion to Dismiss on or before October 27, 2017;

////

1

2. The Clerk of the Court shall calendar a hearing on the Motion for December 14, 2017 at 10:00 a.m. in Courtroom No. 9.

**IT IS SO ORDERED**.

Dated: September 19, 2017

/s/ Gregory G. Hollows<br>UNITED STATES MAGISTRATE JUDGE