UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNY ROBINSON, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>STOCKTON UNIFIED SCHOOL DISTRICT, et al.,<br><br>    Defendants. | No. 2:16-cv-02111-KJM-GGH<br><br>ORDER |

      The parties in the above captioned case have stipulated to extend the time for defendant Darren Sandoval to respond to plaintiff's First Amended Complaint. The court has examined that stipulation and, having found good cause therefore,

      IT IS HEREBY ORDERED that:

      1.    Defendant Darren Sandoval shall have to June 4, 2018 to respond to plaintiff's First Amended Complaint.

Dated: May 11, 2018

                                                /s/ Gregory G. Hollows<br>
                                UNITED STATES MAGISTRATE JUDGE