UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARA ROBINSON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>STOCKTON UNIFIED SCHOOL DISTRICT, et al.,<br><br>Defendants. | No. 2:16-cv-02111-KJM-GGH<br><br><br><br>ORDER |

Defendants' motion to dismiss this civil rights case was heard before the magistrate judge assigned to this case on August 2, 2018. ECF No. 60. On August 22, 2018, the magistrate judge issued findings and recommendations recommending that defendants' motion to dismiss should be denied with the single exception of recommending dismissal of plaintiffs' punitive damages claim against the public entity defendant. ECF No. 61. The parties were given fourteen (14) days to file any objections to the foregoing. *Id.* No party has filed objections.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant Stockton Unified School District's motion to dismiss plaintiffs' punitive damages claim is GRANTED;

2. In all other respects the motion to dismiss is DENIED;

3. The Clerk of the Court shall remove the gavel on ECF No. 61 on the court's docket: and

4. This case is referred back to the assigned magistrate judge for all further pretrial proceedings.

IT IS SO ORDERED.

DATED: September 12, 2018.

UNITED STATES DISTRICT JUDGE