UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARA ROBINSON,<br><br>                    Plaintiff,<br><br>          v.<br><br>STOCKTON UNIFIED SCHOOL<br>DISTRICT, et al.,<br><br>                    Defendants. | No.  2:16-cv-02111-KJM-GGH<br><br><br><br>ORDER |

   Plaintiff and defendants Stockton Unified School District and Christopher Anderson have stipulated on September 24, 2018 that these defendants should have a 28 day of extension of time to file a response to plaintiff's First Amended Compliant in this civil rights action.  ECF No. 63. The court has reviewed the stipulation and finding good cause therefore, and noting the delay between the filing of the stipulation and this Order hereby rules as follows:

   Defendants Stockton Unified School District and Christopher Anderson shall have twenty (20) days from the filing of this Order to respond to plaintiff's First Amended Complaint.

   **IT IS SO ORDERED.**

Dated: October 8, 2018

          /s/ Gregory G. Hollows
       UNITED STATES MAGISTRATE JUDGE

1