UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARA ROBINSON, et al., | No. 2:16-cv-2111 KJM DB PS |
| Plaintiffs, | |
| v. | ORDER |
| STOCKTON UNIFIED SCHOOL DISTRICT, et al, | |
| Defendants. | |

Plaintiffs commenced this action while proceeding pro se.[1] Defendant Darren Sandoval—the only defendant remaining in this action—has filed an answer. (ECF No. 65.) On December 14, 2018, the matter was reassigned from the previously assigned magistrate judge to the undersigned. (ECF No. 71.)

Good cause appearing, IT IS ORDERED that:

1. A Status (Pretrial Scheduling) Conference is set for **Friday, March 8, 2019, at 10:00 a.m.** at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27 before the undersigned;

---

[1] Although Kellan Steven Patterson was later appointed plaintiffs' counsel to serve through the resolution of dispositive motions, the assigned District Judge has approved "the magistrate judge's retention" of this matter "to the maximum extent allowed by federal statute and the local rules[.]" (ECF No. 34 at 1-2.)

1

2. All parties are required to appear at the Status Conference, either by counsel or, if proceeding in propria persona, on his or her own behalf. Any party may appear at the status conference telephonically if the party pre-arranges such appearance by contacting Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128, no later than 48 hours before the Status (Pretrial Scheduling) Conference; a party may not appear telephonically over a cellphone.

3. Plaintiffs shall file and serve a status report on or before **February 22, 2019**, and defendant shall file and serve a status report on or before **March 1, 2019**. Each party's status report shall address all of the following matters:

  a. Progress of service of process;

  b. Possible joinder of additional parties;

  c. Possible amendment of the pleadings;

  d. Jurisdiction and venue;

  e. Anticipated motions and the scheduling thereof;

  f. Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;

  g. Future proceedings, including the setting of appropriate cut-off dates for discovery and for law and motion, and the scheduling of a final pretrial conference and trial;

  h. Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action;

  i. Whether the case is related to any other case, including matters in bankruptcy;

  j. Whether the parties will stipulate to the magistrate judge assigned to this matter acting as settlement judge, waiving any disqualification by virtue of her so acting, or whether they prefer to have a Settlement Conference before another magistrate judge;

  k. Whether the parties intend to consent to proceed before a United States Magistrate Judge; and

  l. Any other matters that may aid in the just and expeditious disposition of this action.

////

////

4. The parties are cautioned that failure to file a status report or failure to appear at the status conference may result in an order imposing an appropriate sanction. <u>See</u> Local Rules 110 and 183.

Dated: January 28, 2019

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.pro se\robinson2111.ossc